## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

| | |
|---|---|
| C.H. Robinson Worldwide, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Royal Insurance Company of America and Royal & SunAlliance, USA, <br><br> Defendant. | Court File No.: 06-CV-03548 PAM/JSM <br><br><br><br> **ORDER FOR DISMISSAL** |

Pursuant to F. R. Civ. P. 41(a) and the foregoing Stipulation of the parties,

**IT IS HEREBY ORDERED:**

1. That the above-entitled action is hereby dismissed without prejudice and without costs to any party.

DATED:  November  9  , 2006.

                                                BY THE COURT:

                                                s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                United States District Court